```
ON THE UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF PUERTO RICO
```

IN THE MATTER OF                    CASE NO.: 09-10562BKT
                                    JOSE R. CARRION MORALES
RAMON RIVERA RODRIGUEZ
                                    **CHAPTER 13**


OBJECTION TO CLAIM NUMBER #1 FILED
BY LAURA ESTHER RODRIGUEZ PEREZ

TO THE HONORABLE COURT:

**COMES NOW** debtor through the undersigned attorney and very respectfully alleges) and pray(s) as follows:

1. That Mrs. Laura Esther Rodríguez Pérez filed a claim number 1 on december 28, 2009 estimated for the amount of $80,437.58.

2. Debtor object such claim based in the attached evidence, which constitute an agreement sign by the parties and legal representatives in which the parties accord that debtor oweds to creditor the amount of $66,000.00 and not the amount request in the claim filed by creditor on December 28, 2009.

3. See evidence which support movant position attached.

**WHEREFORE,** It is respectfully requested of this

Honorable Court to disallow the proof of claim filed by Laura Esther Rodríguez Pérez.

**I HEREBY CERTIFY I** electronically filed the foregoing with the Clerk of the Court using the CMECF System which will send notification of such filing to **JosC Ramdn Carridn Morales** and **I** hereby certify that 1have mailed by United States Postal Service the document to the following non CMECF a11 party in interest on the attached Master Address List.
In San Juan, Puerto Rico, on this **7** day of July 2010.

/s/ Jose M. Gonzalez Cintron
JOSE M. GONZALEZ CINTRON, ESQ.
URB. LA MERCED
#379 RAFAEL LAMAR HAT0 REY PR 00918
TEL. (787) 756-5411 FAX (787) 281-6686
josemgonzalezc2@hotmail.com

787-781-8666

# CONTRATO

---En la cuidad de Bayamón, Puerto Rico a los cinco (5) dias del mes de agosto de dos mil nueve (2009)---

---------------COMPARECEN---------------

--- DE LA PRIMERA PARTE: DOÑA LAURA ESTHER RODRIGUEZ PEREZ, mayor de edad, soltera, Empleada y vecina de Bayamón, Puerto Rico ---

--- DE LA SEGUNDA PARTE: DON RAMON RIVERA RODRIGUEZ, mayor de edad, soltero, Pensionado y vecino de Bayamón, Puerto Rico ---

---------------MANIFIESTAN---------------

---PRIMERO: Que las partes estuvieron casados y disolvieron su matrimonio mediante un procedimiento de divorcio en el Estado de Florida donde liquidaron la Sociedad Legal de Gananciales compuesta entre ambos y en dicha liquidación la Segunda Parte Don Ramón Rivera, se adjudicó un bien inmueble ubicado en la Calle Abad Sur, Sector la Rosa, Barrio Minillas, Bayamón. Esta propiedad se encuentra inscrita al folio 216, Tomo 1,136, Finca 50560, Sección Primera en Bayamón.---

-- SEGUNDO: Que en dicha liquidación la Segunda Parte Don Ramón Rivera Rodríguez, se comprometió al pago de una suma por la suma de dinero que al día de hoy asciende a la cantidad de Ochenta y Cinco Mil Ochocientos setenta y siete dólares ($85,877.00).---

TERCERO: La Segunda Parte Don Ramón Rivera Rodriguez, pagará a la Primera Parte Doña Laura Esther Rodriguez, la cantidad de Nueve Mil dólares ($9,000.00) en el día de hoy. Pagará además la cantidad de Sesenta y Seis Mil dólares ($66,000.00) en los próximos diez (10) dias a partir de hoy que obtendrá como producto de financiamiento de la propiedad inmueble que le fue adjudicada en la liquidación de bienes gananciales.---

----CUARTO: La compareciente de la Primera parte Doña Laura E. Rodriguez Pérez, releva al compareciente de la Segunda Parte Don Ramón Rivera Rodriguez, del pago de

Diez mil ochocientos setenta y siete dólares ($10,877.00) y el compareciente de la Segunda se compromete a pagar una pensión alimentaria a su hija Monica Rivera Rodriguez ascendente a Trescientos dólares ($300.00) mensuales hasta que ésta termine el Barchillerato Universitario. Dicho pago se realizará a través de la cuenta de Sra. Monica Rivera, 6800510460 del Banco Popular de Puerto Rico. Este acuerdo sobre pensión alimentaria las partes solicitarán su aprobación a través del Tribunal Superior de Puerto Rico. ---------

----QUINTO: La compareciente de la Primera Parte Laura E Rodriguez Pérez, solicitará se deje sin efecto procedimiento de subasta de Ejecución de Sentencia en el caso DDI2007-0975 de la Sala 4006, en el día de hoy ----------------------------------

------Los comparecientes aceptan este y lo ratifican en todas sus partes por estar conformes con cada una de sus cláusulas ---------------------------------------------------

-------En Bayamón, Puerto Rico a 5 de agosto de 2009.

_____     _____
LAURA E RODRIGUEZ PEREZ               RAMON RIVERA RODRIGUEZ