P.R. LBF F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re: Ramón Rivera Rodríguez
Debtor(s)

Laura Esther Rodríguez Pérez
Movant(s)

Ramón Rivera Rodríguez
Respondent(s)

CASE NO. ( ) 09-10562 BKT
Chapter 13

INDEX

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s): José M. González Cintrón (Attorney) Ramón Rivera Rodríguez (Debtor) US Trustee, Monsita Lecaroz Arribas (Chapter 13 Trustee) José Ramón Carrión Morales

You are hereby notified that on July 28, 2010 the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney Laura E. Rodríguez Pérez whose address is 135 Mediterranean Ct Kissimmee, Florida 34758.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then AUG 2 4 2010 at 9:00 a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 3 Floor, Courtroom 3, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _____

JUL 2 8 2010
Date of Issuance: _____