```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

**Hearing Information:**

**Debtor**: RAMON RIVERA RODRIGUEZ and LAURA ESTHER RODRIGUEZ PEREZ
**Case Number**: 09-10562-BKT13                                    **Chapter:** 13
**Date / Time / Room**: 8/24/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**: ADA LOPEZ

**Matter:**

Motion for Relief From Stay Under 362 filed by Laura Esther Rodriguez Perez (#29) and debtor's reply (#34)

**Appearances:**

JOSE RAMON CARRION MORALES
LAURA ESTHER RODRIGUEZ PEREZ

**Proceedings:**

                                **ORDER**

Based on the conversion of the case to chapter 7, a Final Hearing will be scheduled for 9/21/2010 at 9:00 A.M. The stay remains in full force and effect pending the conclusion of the Final Hearing. Movant to notify UST and Trustee accordingly.

SO ORDERED.

                                              /S/ BRIAN K. TESTER
                                              U.S. Bankruptcy Judge